In the Matter of Branic International, Realty Corp., Respondent, v Phillip Pitt, Appellant, et al., Respondents. [997 NYS2d 625]—On remittitur from the Court of Appeals (24 NY3d 1005 [2014]), order, Appellate Term of the Supreme Court, First Department, entered on or about December 22, 2010, which, to the extent appealed from as limited by the briefs, reversed an order of the Civil Court, New York County (Gerald Lebovits, J.), entered on or about June 9, 2009, granting respondent's motion for summary judgment dismissing the petition and denying petitioner's motion for summary judgment on its claim for possession, denied respondent's motion, and granted petitioner's motion, unanimously reversed, on the law, without costs, the order of the Appellate Term vacated, and the proceeding dismissed as moot. Concur—Friedman, J.P., Acosta, Andrias and Clark, JJ.